THE HONORABLE RONALD B. LEIGHTON
Trial Date: January 23, 2012

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AMBER ELIZABETH HOFER,<br><br>Plaintiff,<br><br>vs.<br><br>SHERMAN BROS. HEAVY TRUCKING, an Oregon Corporation, and WILLIAM L. REDDEN,<br><br>Defendants. | No. 10-cv-05560-RBL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY stipulated by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

STIPULATION FOR AND [PROPOSED] ORDER OF DISMISSAL (Cause No. 10-cv-05560-RBL) – 1
bp/MAJ3501.592/779606

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

DATED this ____ day of August, 2011.

By ___/s_____
Michael A. Jaeger, WSBA #23166
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA  98164
206-623-4100 telephone
206-623-9273 facsimile
jaeger@wscd.com

Attorneys for Defendants

By _____/s_____
William M. Pease, WSBA #2621
LAW OFFICES OF WILLIAM M.PEASE
1411 4th Avenue, Suite 1301
Seattle, WA  98101-2216
206-682-1931 telephone
206-682-4234 facsimile
wpease@peaselaw.com

Attorneys for Plaintiff

## **ORDER**

Based upon the foregoing stipulation, IT IS SO ORDERED.

DATED this 22nd day of August 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND [PROPOSED] ORDER OF DISMISSAL (Cause No. 10-cv-05560-RBL) – 2
bp/MAJ3501.592/779606

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273